Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: **David Edward Sparks**
**Linda Colleen Sparks**

Debtors

Case No.: **08-11656**
Chapter: **13**

SUBSTITUTION OF ATTORNEY

Please take notice that Debtor makes the following substitution of attorney.

The new attorney of record, who is duly admitted to practice in this district, is

    Evan Martyndale Livingstone, SBN 252008
    182 Farmer's Lane, Suite 100A
    Santa Rosa, CA 95405
    Tel (707) 571-8600
    Fax (707) 676-9112

The new attorney is substituted as attorney of record in place of former attorneys JACKSON CROWDER & ASSOCIATES.

We the debtors, new attorney and old attorneys all consent to this substitution:

Date  January 4, 2010            /s/David Edward Sparks /s/Linda Colleen Sparks

                                      David Edward Sparks    Linda Colleen Sparks
                                      Debtors

New Attorney
Of Record    *Evan Livingstone*
               Evan Martyndale Livingstone, SBN 252008

Old Attorney
Of Record    /s/ Douglas Crowder
               JACKSON CROWDER AND ASSOCIATES

Substitution of Attorney