JaVonne M. Phillips, Esq. SBN 187474
Charles M. Standard, Esq. SBN 160720
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1834
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>David Edward Sparks,<br>Linda Colleen Sparks,<br><br>    Debtors. | ) Case No. 08-11656 J<br>)<br>) Chapter   7<br>)<br>)<br>)<br>) **NOTICE OF MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>)<br>)<br>) Date:   03/11/2010<br>) Time:   9:00 a.m.<br>) Place:  99 South E Street<br>)          Santa Rosa, CA<br>)<br>)<br>)<br>) |

 TO: Debtors, David Edward Sparks and Linda Colleen Sparks; Chapter 7 Trustee, Timothy W. Hoffman ; Debtors' Attorney of Record, Evan Livingstone ; and Other Interested Parties.
1                                                                                    File No. CA-10-22272
Notice of Motion with Proof of Service, Case No.08-11656 J

Case: 08-11656    Doc# 49    Filed: 02/16/10    Entered: 02/16/10 16:58:12    Page 1 of 2

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 99 South E Street, Santa Rosa, California, Movant herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion For Relief From the Automatic Stay.

Please take notice that unless the Debtors or Debtors' Counsel appears in opposition to the Motion, the Motion may be granted without further hearing.

Dated: February 16, 2010                          McCarthy & Holthus, LLP

By: /s/ Charles M. Standard
Charles M. Standard, Esq.
Attorney for Secured Creditor
Aurora Loan Services